# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0707

VERSUS

DOYLE BOUDREAUX                                    **NOVEMBER 18, 2024**

---

In Re:    Doyle Boudreaux, applying for supervisory writs,
          Ascension Parish Court, Parish of Ascension, No. 620063.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme Court, which has exclusive jurisdiction in cases where "a law or ordinance has been declared unconstitutional." La. Const. art. V, § 5(D).

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT